# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3520

In re: W.R. Grace & Co, et al

(Originating Case No. 1-17-cv-01588)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: December 21, 2018

cc: Ivan C. Dale, Esq.
Roger J. Higgins, Esq.
Laura D. Jones, Esq.
James E. O'Neill, III, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate